IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN R. LEVENDOSKI,

    Plaintiff,

v.                                                            CV No. 20-295 JFR/CG

C R BARD INCORPORATED, et al.,

    Defendants.

## ORDER ON UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF

**THIS MATTER** is before the Court on Plaintiff's *Motion to Substitute Party-Plaintiffs* (the "Motion"), (Doc. 14), filed April 16, 2020. In the Motion, Plaintiff's counsel explains the named Plaintiff, John Levendoski, became deceased on November 14, 2019. (Doc. 14 at 1). As a result, counsel requests the Court assign personal representative of Mr. Levendoski's estate, Cinder Urban, as the named-Plaintiff in this action. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall add Cinder Urban, Personal Representative of the Estate of John Levendoski, as the Plaintiff in the above-captioned matter.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE