IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN R. LEVENDOSKI,

        Plaintiff,

v.                                              CV No. 20-295 KG/CG

C R BARD INCORPORATED, et al.,

        Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Notice of Settlement* (the "Notice"), (Doc. 26), filed July 13, 2020. In the Notice, the parties explain all claims in this matter have been settled. (Doc. 26 at 1). **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **August 14, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE