### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

JOHN R. LEVENDOSKI,

      Plaintiff,

v.                                                                               CV No. 20-295 KG/CG

C R BARD INCORPORATED, et al.,

      Defendants.

### ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Notice of Settlement* (the "Notice"), (Doc. 26), filed July 13, 2020. In the Notice, the parties explain all claims in this matter have been settled. (Doc. 26 at 1). **IT IS THEREFORE ORDERED** that the status conference scheduled for **July 16, 2020**, is hereby **VACATED**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE