### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

JOHN R. LEVENDOSKI,

    Plaintiff,

v.                                                                                CV No. 20-295 KG/CG

C R BARD INCORPORATED, et al.,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND
### DEADLINE TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to Submit Closing Documents* (the "Motion"), (Doc. 29), filed August 13, 2020. In the Motion, the parties explain the settlement funds have not yet been transmitted to Plaintiff. (Doc. 29 at 1). As such, the parties request a 30-day extension to submit closing documents. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that closing documents shall be filed no later than **September 14, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE