IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CINDER URBAN
PERSONAL REPRESENTATIVE OF
THE ESTATE OF JOHN LEVENDOSKI
(DECEASED)

   Case No.: 1:20-cv-00295-KG-CG

 Plaintiff,

v.

C.R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR
INCORPORATED,

 Defendants.

## ORDER GRANTING JOINT STIPULATION AND MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

On this day the Court considered the parties' Joint Stipulation and Motion for Voluntary Dismissal With Prejudice and noted that the parties jointly submitted the Motion. The Court is of the opinion that the relief requested therein should be GRANTED.

IT IS THEREFORE ORDERED that all claims asserted in this action are hereby dismissed with prejudice, with each party to bear his/its own attorney's fees and costs.

DONE and ORDERED this 31st day August, 2020.

           _____
           UNITED STATES DISTRICT JUDGE

2

**APPROVED:**

By: *Electronically approved – 8/28/20*
Wes S. Larsen
JAMES VERNON & WEEKS P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Tel: (208) 667-0683
Fax: (208) 664-1684

*Counsel for Plaintiff Cinder Urban, personal representative of the Estate of John Levendoski*

By: */s/ Philip M. Busman*
Philip M. Busman (*admitted pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2988
phil.busman@nelsonmullins.com

And

By: */s/ Alex Walker*
Alex C. Walker
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
Tel: (505) 848-1800
awalker@modrall.com

*Counsel for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*